UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

19 CV 6892 CJS

_Timothy Miller_

Jury Trial Demanded: Yes____ No____

Name(s) of Plaintiff or Plaintiffs

-VS-

_Private Labor_
_Canal Side Staffing_

DISCRIMINATION COMPLAINT

-CV-

Name of Defendant or Defendants

DEC 10 2019

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** _Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes._

This action is brought for discrimination in employment pursuant to _(check only those that apply)_:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above,** you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1.  My address is: _30 Resolute Circle Apt. 210 B_ _Rochester N.Y. 14621_

   My telephone number is: _INActive_

2.  The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: _Private Labor / CanalSide Staffing_

   Number of employees: _Over 20_

   Address: _1555 Lyell Ave._ _1686 Lyell Ave_

3.  (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

**CLAIMS**

4.  I was first employed by the defendant on (date): _10/11/18_

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____ _____ *October 2018* _____

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): _____ *Whole month of November 2018 AND December 2018 up to 12/17/18* _____

7. I believe that the defendant(s)

    a. _____       Are still committing these acts against me.
    b. _____       Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above)  The last discriminatory act against me occurred on (date) _____

_____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is _____ *December 2018* _____
_ (estimate the date, if necessary)

I filed that complaint in (identify the city and state): _____ *Rochester N.Y* _____

The Complaint Number was: _____ *CANt remember* _____

9. The New York State Human Rights Commission did _____ ✓ _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____ *N|A* _____

11. The Equal Employment Opportunity Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____ . (**NOTE:** If it

did issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.    I am complaining in this action of the following types of actions by the defendants:

a. _____    Failure to provide me with reasonable accommodations to the application process

b. _____    Failure to employ me

c. _____    Termination of my employment

d. _____    Failure to promote me

e. _____    Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____    Harassment on the basis of my sex

g. _____    Harassment on the basis of unequal terms and conditions of my employment

h. _____    Retaliation because I complained about discrimination or harassment directed toward me

i. _____    Retaliation because I complained about discrimination or harassment directed toward others

j. _____    Other actions (please describe) _____

_____

_____

14.    Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. _____ Race

b. _____ Color

c. _____ Sex

d. _____ Religion

e. _____ National Origin

f. _____ Sexual Harassment

g. _____ Age

_____ Date of birth

h. ____ Disability
Are you incorrectly perceived as being disabled by your employer?
____ yes ____ no

15.    I believe that I was _____/was not _____ **intentionally** discriminated against by the defendant(s).

16. I believe that the defendant(s) is/are _____ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You must attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission (check one):
    _✓_ **has not** issued a Right to sue letter
    _____ **has** issued a Right to sue letter, which I received on _____

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

I was critizeD & Stereotype as peDophile, Sharing DisableD (Due to Company haD me listeD as) TimSmith, was chastiseD of scheDuleD, Date in time to work,

I was tolD they were Doing it with will inteNt were tolD they were to to lie on me as if I was harassing them

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed   _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22.    The date on which I first asked my employer for reasonable accommodation of my disability is _____

_____

23.    The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

___

24.    The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: _12/5/19_    _____
                                              Plaintiff's Signature

Civil Suit

Private Labor Discriminated against me because I complained about they referring to me as Tim Smith instead of Timothy Miller, sexual harassing me with will intent, in scheduling dates times that they change then chastising me as if I was not comprehending when to come to work or what time.

Canal Side Staffing ignored discriminatory acts that I reported to them on several occasions against their employees along with Private Labor Employees. While being employed from 10/11/18 till 12/17/18 I experienced discrimination coming from both company employees. Darrell (who is employed by Private Labor told me that employees were told to lie on me in say I was sexually harassing them). I noticed in witness discriminatory acts while acting professionally at resolving issues by reporting. While speaking to Darrell he asked me was staring sexual harassment. I told him I didn't know (even though I did know that staring could be viewed as sexual harassment). Darrell exact words was-you spoke to the Mayor in she didn't do nothing, she your cousin, they were told to lie on me. So on 12/17/19 midday I left Private Labor in reported to Canal Side Staffing that I wanted to resigned from going to Private Labor.

Prior to me conveying message to Lauryn (who is Canal Side Supervisor) she claimed I was one of Private Labor's best temp worker. I told her I was being stereo typed as a sexual predicate, Bisexual, in sexual harassing people. I told her it was best that she removed me from Private Labor. I requested for other job site if they have any opening. Lauryn got scared in gave me a ride across the street from Canal Side Staffing as if I needed a ride when it is directly across the street (1555 Lyell Avenue-1686 Lyell Avenue). On 11/21/18 I left to go to get check at Canal Side Staffing. Before leaving Private Labor Mike (Manager) ask me where was I going for break (all of a sudden). I told him I was going to get check from Canal Side Staffing. His response was ok. When I ask Canal Side Staffing where was my check I were told Lauryn took check over about an hour ago. When I went to speak to Lauryn I told her I did not want to go back while I was leaving Canal Side Staffing Site 109. Lauryn knew I was mad in decided to jump in her car to give me a ride across the street when I was 100 feet from Private Labor building. When she ask me for a ride I told her all this misunderstanding of times in places of when to work I rather go somewhere else but I did not want to terminate my assignment with Canal Side Staffing. Lauryn ignored my complaint but insisted on giving me a ride when I told her I really didn't need a ride.

As a Supervisor she never took my complaints seriously but insisted on me working for Canal Side Staffing at Private Labor. She continued to say Private Labor Employees loved me in believe I was such a great worker. I was the only employee who went across the street to get check when Mike already had Canal Side Staffing Checks. He harassed me sexually along with several employees while one told me they were doing that to me with will intent.

When I filed discrimination complaint it was dropped because Canal Side Staffing told Monroe Division for Human Rights that they were never informed about sexual harassment from Plaintiff. I even told Canal Side Staffing that I wrote the Attorney General as of 11/7/18 to have EEOC investigate instead of me quitting in November 2018. When I spoke to Jessica from Canal Side Staffing she claimed they did tell the Division for Human Rights that I reported harassment.

My cases needed to be investigated with the proper tools especially camera surveillance because I was harassed sexually in was told by Private Labor Employee that they knew in were supposed to lie on me which is Uncivil and a Hate Crime. OVER 5 EMPLOYEES WHO SUPERVISED THAT COMPLAINT ABOUT SEXUAL HARASSMENT GOT CAUGHT HARASSING ME SEXUALLY ON CAMERA IN HAD TO LEAVE.

JS 44   (Rev. 08/18)

# CIVIL COVER SHEET

19 CV 6892 CS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Timothy Miller

**DEFENDANTS**
Private Labor Inc
Canalside Staffing

**(b)** County of Residence of First Listed Plaintiff   Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
30 Resolute Circle Apt 210B
Rochester N.Y. 14621

Attorneys *(If Known)*
1886 Lyell Avenue Rochester N.Y.
1555 Lyell Avenue Rochester N.Y

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☒ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |  |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
|  |  |  | ☐ 740 Railway Labor Act ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 751 Family and Medical Leave Act ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
|  | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
|  |  | ☐ 555 Prison Condition |  | |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____